UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

SCOTT D. PINKSTON,

CASE NO. 09-BK-9677-JAF

Debtor.
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter came before the Court upon the Motion for Relief from Stay (Docket No. 17) filed by VyStar Credit Union ("Movant"). The Court, having considered the evidence before it at the preliminary hearing and having heard the arguments of counsel, it is:

ORDERED:

1. The Motion for Relief from the Automatic Stay is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to permit Movant to enforce its security interest in the following property: 2006 Carolina Skiff, VIN # EKHS3109F506.

3. This Order is entered for the sole purpose of allowing Movant to obtain possession of the collateral and an *in rem* judgment against the property and Movant shall not seek an *in personam* judgment against the Debtor.

DATED January 14, 2010, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies Furnished to:

Chad D. Heckman, Esq. Attorney for VyStar Credit Union
Scott D. Pinkston, Debtor
Douglas Neway, Esq., Trustee
Albert Mickler, Esq., Attorney for Debtor